UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case Number: 05-00050-CR-W-NKL

JAN H. FICHMAN
ANITA FICHMAN
ADAM GEOFFREY'S, INC.

_____

**ORDER**

Upon oral motion of the government, the Indictment in the above reference case is dismissed against Defendants Anita Fichman and Adam Geoffrey's, Inc.

s/ NANETTE LAUGHREY
NANETTE LAUGHREY
United States District Judg

October 12, 2006